RECEIVED
IN LAKE CHARLES, LA

FEB 12 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BEAUREGARD PARISH SCHOOL BOARD | : | DOCKET NO. 2:05 CV 1388 |
| VS. | : | JUDGE MINALDI |
| HONEYWELL, INC. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Memorandum Ruling of the Magistrate Judge [doc. 32] previously filed herein and after consideration of the appeal taken therefrom, and having determined that the findings of the Magistrate Judge are neither clearly erroneous nor contrary to law;

IT IS ORDERED that the Motion to Quash [doc. 20] filed Honeywell International Inc. is hereby GRANTED.

IT IS FURTHER ORDERED that the Motion for a Protective Order [doc. 20] filed Honeywell International Inc. is hereby DENIED.

IT IS FURTHER ORDERED that the Motion to Compel [doc. 30] filed by Beauregard Parish School Board is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 8 day of Feb, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE