RECEIVED
IN LAKE CHARLES, LA

SEP 24 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BEAUREGARD PARISH SCHOOL BOARD | : | DOCKET NO. 2:05 CV 1388 |
| VS. | : | JUDGE MINALDI |
| HONEYWELL INC. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reason set forth therein, based on the pleadings, affidavits, and certified documents submitted by the parties, and the undisputed facts, the Court finds that there is no genuine issue of material fact and that Honeywell is entitled to partial summary judgment as prayed for in its motion; and accordingly:

IT IS ORDERED that the Defendant's Motion for Partial Summary Judgment filed on behalf of Honeywell Corporation is hereby GRANTED;

IT IS ORDERED that Plaintiff's LUTPA claim is DISMISSED;

IT IS ORDERED that Plaintiff's detrimental reliance claim is DISMISSED;

IT IS ORDERED that Plaintiff's unjust enrichment claim is DISMISSED;

IT IS ORDERED that Plaintiff's claim that it be awarded new Trane chillers is DISMISSED;

IT IS FURTHER ORDERED that the contract's waiver of incidental, special, consequential, or indirect damages is enforceable insofar as it does not limit damages arising out of Honeywell's bad faith.

Lake Charles, Louisiana, this _24_ day of _September_, 2007

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE