RECEIVED
IN LAKE CHARLES, LA

DEC 2 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BEAUREGARD PARISH SCHOOL BOARD** | : | **DOCKET NO. 2:05 CV 1388** |
| VS. | : | JUDGE MINALDI |
| HONEYWELL INC. | : | MAGISTRATE JUDGE WILSON |

### ORDER

Considering the foregoing Motion for Reconsideration [doc. 105], filed by the plaintiff,

IT IS ORDERED that the Plaintiff's Motion for Reconsideration is hereby DENIED.

Lake Charles, Louisiana, this 27 day of Dec, 2007

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE